UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIDY MARIA TIBURCIO,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL OF THE UNITED STATES ET AL.<br><br>      Defendants. | Civil Action No. 14- |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The Capital of the United States and President et al. ("the Federal Defendants"), through the undersigned attorneys, hereby file this Notice of Removal in conformity with 28 U.S.C. §§ 1442(a)(1) and 1446(b). In support of that Notice, Defendants state as follows:

1. Plaintiff filed a civil action styled <u>SEIDY MARIA TIBURCIO v. CAPITAL OF THE UNITED STATES ET AL.</u>, which is now pending in the Superior Court of the District of Columbia, Civil Action No. 14-0007608.

2. Plaintiff filed the Complaint on or about November 26, 2014. (Attached as Exhibit A.) The Office of the United States Attorney received service on December 8, 2014.

3. In the Complaint, Plaintiff Seidy Maria Tiburcio alleges that the Federal Defendants, in conjunction with non-federal Defendants the State of Massachusetts et al., violated Plaintiff's rights by acts of medical malpractice and other related conduct.

4. Plaintiff's claims are claims over which the District Court has original jurisdiction, if they are, in fact, justiciable at all, because they encompass an action against an agency of the United States Government.

WHEREFORE, this action now pending in the Superior Court for the District of Columbia, is properly removed to this Court in conformity with 28 U.S.C. §§ 1442(a)(1) and 1446(b).

Dated: December 11, 2014                           Respectfully submitted,

RONALD C. MACHEN JR.,   D.C. Bar # 447889
United States Attorney for
The District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By:  /s/ Peter R. Maier
PETER R. MAIER , D.C. Bar # 966242
 Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
Tel: (202) 252-2578   Fax: (202) 514-8780
Peter.maier2@usdoj.gov
Counsel for Federal Defendants

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Notice of Removal of Civil Action to be served upon pro se Plaintiff by first class mail addressed to:

>Seidy Maria Tiburcio
>1323 Childress Street N.E.
>Washington, D.C. 20002
>
>District of Columbia Office of the General Counsel
>441 4th Street N.W.
>Suite 7100 South
>Washington, D.C. 20001
>
>Office of the Attorney General
>State of Massachusetts
>Government Bureau Trial Division
>One Ashburton Place
>Room 1813
>Boston, MA 02108
>
>Carmen Ortiz
>Federal Court House
>1 Courthouse Way, Suite 9200
>Boston, MA 02110
>
>Clerk's Office
>Superior Civil Court
>Suffolk County Courthouse
>12th Floor Three Pemberton Square
>Boston, MA 02108

on this 11th day of December, 2014.

>/ s/ Peter R. Maier
>PETER R. MAIER, D.C. Bar # 966242
>Special Assistant United States Attorney
>555 4th St., N.W.
>Washington, D.C. 20530
>(202) 252-2578
>Peter.maier2@usdoj.gov