## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
NOV 26 2014
Superior Court
of the District of Columbia
Washington, DC.

14-0007608

Seidy maria Tiburcio Pro se and my son J & T My mother G N

Plaintiff

vs.

CIVIL ACTION NO. 2014 000696

Arcade. Capital of The United States and President Consultant, STATE CT USA Judge of Peace, Judge, all Professional by The Congress Congresswoman, Congressmen, Governor by The District of Columbia Government assistant Attorney General by The Capital DC, and For The Federal Court, Boston Massachusetts, C, O. Governmen Office by The Department of Children and Families, And DSS of Arlington Massachusetts State of Massachusetts, Deval L Patrick, Lian hogan, Juvenile Court of Suffolk Roxbury Comprehensive Community Health Center Brookside Community Health Center Health Center, Family Couseling-MT and Brigham and Womens Hospital Tufts DSS, Social Work D,B, Foster, S, Supervisor medical center, Dorchester House multi serv Boston Pain clinic Primary care, Carney Hosp

Defendants

COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Honorable Judge I am Plaintiff Pro se Seidy maria Tiburcio and my son My Families moves This Honorable Court To Find To meet my Families Peace my son Peace you honorable Judge do ORDER To stop all Those Criminal Professional all Company used Technology Scientific Criminal slavery. Honorable Judge Alert That medical malpractici Injury damage mistreating me as a patient other abuse, Felony. That, MD dr yo Seidy maria Tiburcio exijo la paz de mi hijo de nuestra generaciones señoria y Juece pienso que todo Profesional que usan esa ilegal esclavitud esas arma cientifica y Criminales todos son enemigos de nuestro niños I Jovenes son enemigo de la Comunidades

Wherefore, Plaintiff demands judgement against Defendant in the sum of $ 1845,000000.00 with interest and costs.

Phone: 202-910-3287

**DISTRICT OF COLUMBIA, SS**

Seidy maria Tiburcio 1 Dios , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

COMPLETED

Seidy maria tiburcio
(Plaintiff)                              (Agent)

Subscribed and sworn to before me this ___11___ day of ___25___ 20 _14_.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00